# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NNN 400 CAPITOL CENTER 16, LLC, *et al.*, | ) | Case No. 16-12728 (JTD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| NNN 400 CAPITOL CENTER, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 18-50384 (JTD) |
| | ) | |
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF COMM 2006-C8 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES; LNR PARTNERS, LLC, *et al.*, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | **Re: D.I. 342** |

## ORDER

A telephonic hearing was held on November 14, 2019 on Defendants' Motion to Continue the Trial Date (D.I. 342). For the reasons stated on the record, the Motion is Denied.

SO ORDERED.

Dated: November 14, 2019

_____
JOHN T. DORSEY, U.S.B.J.