# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NNN 400 CAPITOL CENTER 16, LLC, *et al.*,[1] | Case No. 16-12728 (JTD) <br> (Jointly Administered) |
| Debtors. | |
| NNN 400 CAPITOL CENTER, LLC, *et al.*, | |
| Plaintiffs, | |
| v. | Adv. No. 18-50384-JTD |
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF COMM 2006-CS COMMERCIAL MORTGAGE PASSTHROUGH CERTIFICATES, *et. al.*, | **Related to Adv. D.I. 435** |
| Defendants. | |

---

[1] The debtors in (collectively, "Plaintiffs") are: NNN 400 Capitol Center, LLC, Case No. 17-11250 (JTD); NNN 400 Capitol Center 1, LLC, Case No. 17-11251 (JTD); NNN 400 Capitol Center 2, LLC, Case No. 16-12741 (JTD); NNN 400 Capitol Center 3, LLC, Case No. 16-12750 (JTD); NNN 400 Capitol Center 4, LLC, Case No. 16-12752 (JTD); NNN 400 Capitol Center 5, LLC, Case No. 16-12753 (JTD); NNN 400 Capitol Center 6, LLC, Case No. 16-12754 (JTD); NNN 400 Capitol Center 7, LLC, Case No. 17-11253 (JTD); NNN 400 Capitol Center 8, LLC, Case No. 17-11254 (JTD); NNN 400 Capitol Center 9, LLC, Case No. 16-12755 (JTD); NNN 400 Capitol Center 10, LLC, Case No. 16-12730 (JTD); NNN 400 Capitol Center 11, LLC, Case No. 16-12731 (JTD); NNN 400 Capitol Center 12, LLC, Case No. 16-12732 (JTD); NNN 400 Capitol Center 13, LLC, Case No. 16-12733 (JTD); NNN 400 Capitol Center 14, LLC, Case No. 16-12735 (JTD); NNN 400 Capitol Center 15, LLC, Case No. 16-12736 (JTD); NNN 400 Capitol Center 16, LLC, Case No. 16-12728 (JTD); NNN 400 Capitol Center 17, LLC, Case No. 16-12737 (JTD); NNN 400 Capitol Center 18, LLC, Case No. 16-12738 (JTD); NNN 400 Capitol Center 19, LLC, Case No. 16-12739 (JTD); NNN 400 Capitol Center 20, LLC, Case No. 16-12742 (JTD); NNN 400 Capitol Center 21, LLC, Case No. 16-12743 (JTD); NNN 400 Capitol Center 22, LLC, Case No. 16-12744 (JTD); NNN 400 Capitol Center 24, LLC, Case No. 16-12746 (JTD); NNN 400 Capitol Center 25, LLC, Case No. 17-11258 (JTD); NNN 400 Capitol Center 26, LLC, Case No. 16-12747 (JTD); NNN 400 Capitol Center 27, LLC, Case No. 16-12748 (JTD); NNN 400 Capitol Center 28, LLC, Case No. 16-12749 (JTD); NNN 400 Capitol Center 30, LLC, Case No. 17-11255 (JTD); NNN 400 Capitol Center 32, LLC, Case No. 16-12751 (JTD); NNN 400 Capitol Center 35, LLC, Case No. 17-11256 (JTD); and NNN 400 Capitol Center 36, LLC, Case No. 17-11257 (JTD).

**ORDER GRANTING LENDER DEFENDANTS' MOTION TO STRIKE
AND/OR EXCLUDE GARY M. TENZER'S OPINIONS**

Upon consideration of *Lender Defendants' Motion to Strike and/or Exclude Exclude Gary M Tenzer's Opinions* ("Motion") filed by Wells Fargo Bank, N.A., in its capacity as Trustee for the Registered Holders of Comm 2006-CS Commercial Mortgage Pass Through Certificates ("Prior Lender"), Berkadia Commercial Mortgage, LLC ("Berkadia"), LNR Partners, LLC ("LNR"), Little Rock-400 West Capitol Trust ("Secured Lender"), and Taconic Capital Advisors L.P. ("Taconic" and, together with Prior Lender, Berkadia, LNR and Secured Lender, collectively, "Lender Defendants") on December 2, 2019 in the above-referenced adversary proceeding, and upon consideration of any additional briefing related thereto; and the Court having determined that granting the relief in the Motion is appropriate, and after due deliberation and sufficient cause appearing therefore, it is hereby

1. ORDERED that the Motion is GRANTED; and it is further

2. ORDERED that Plaintiffs are precluded from introducing the following into evidence at trial:

   a. Testimony from Gary M. Tenzer;

   b. Declaration of Gary M. Tenzer Expert For Plaintiffs; and

   c. Addendum Declaration of Gary M. Tenzer Expert For Plaintiffs.

Dated: December 18th, 2019
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

2