## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NNN 400 CAPITOL CENTER 16, LLC, *et al*., | Case No. 16-12728 (JTD) (Jointly Administered) |
| Debtors. | |
| NNN 400 CAPITOL CENTER, LLC, et al., | Adv. No. 18-50384-JTD |
| Plaintiffs, | |
| | **Related to Adv. Docket Nos. 376, 379, 380 and 382** |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

## CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING DEFENDANTS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEFENDANTS TO FILE UNDER SEAL EXHIBITS 1–3 AND 7 TO DEFENDANTS' REPLY BRIEF IN FURTHER SUPPORT OF THEIR MOTION TO <u>CONTINUE TRIAL TO A DATE NO LATER THAN THE END OF Q1 2020</u>

The undersigned, each counsel of record to the certain of the defendants (collectively, the "<u>Defendants</u>") in the above-captioned adversary proceeding (the "<u>Adversary Proceeding</u>"), hereby jointly certify as follows:

1.     On November 13, 2019, the Defendants filed *Defendants' Reply Brief In Further Support of Their Motion To Continue Trial To A Date No Later Than The End of Q1 2020* [Adv. D.I. 376] (the "<u>Reply Brief</u>").

2.     Contemporaneously with the Reply Brief, the Defendants filed a separate motion seeking to seal Exhibits 1, 2, 4 and 7 to the Reply Brief (the "<u>Motion to Seal</u>").  *See* Adv. D.I.

382.  A proposed form of order granting the Motion to Seal was filed with the Motion to Seal (the "<u>Original Proposed Order</u>").

3.      Following the filing of the Motion to Seal, counsel for the Office of the United States Trustee contacted the undersigned and requested that certain language be added to the Original Proposed Order.  Specifically, the Office of the United States Trustee wanted to make clear that the relief provided for in the Original Proposed Order was limited to the Reply Brief and was not a predetermination that the exhibits that were the subject of the Motion to Seal may be sealed at trial in the Adversary Proceeding.

4.      The Defendants have no objection to the language that was requested by the Office of the United States Trustee being included in the order granting the Motion to Seal.

5.      Attached hereto as **Exhibit "A"** is a revised Proposed Order (the "<u>Revised Proposed Order</u>") that incorporates the language requested by the Office of the United States Trustee and certain non-substantive edits.   A redline comparing the Revised Proposed Order to the Original Proposed Order is attached hereto as **Exhibit "B"**.

6.      Counsel to the Office of the United States Trustee has reviewed the Revised Proposed Order and advised the undersigned that the Office of the United States Trustee does not oppose entry of the Revised Proposed Order.

7.      No other response or objection to the Motion to Seal was filed on the docket or received by counsel to the Defendants.

WHEREFORE, based on the foregoing, the undersigned respectfully request entry of the Revised Proposed Order, in substantially the form attached hereto as Exhibit A, at the Court's earliest convenience.

Respectfully submitted,

Dated: February 11, 2020

DUANE MORRIS LLP

*/s/ Sommer L. Ross*
Sommer L. Ross (DE 4598)
222 Delaware Avenue, Ste. 1600
Wilmington, Delaware 19801
Telephone: (302) 657-4900
Email: slross@duanemorris.com

-and

Paul E. Chronis, Esq. (admitted *pro hac vice*)
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603
Telephone: (312) 499-6700
Facsimile: (312) 499-6701
Email: pechronis@duanemorris.com

-and-

Meagen E. Leary, Esq. (admitted *pro hac vice*)
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105
Telephone: (415) 957-5000
E-mail: meleary@duanemorris.com

*Counsel to Wells Fargo Bank, N.A., in its capacity as Trustee for the Registered Holders of Comm 2006-Commercial Mortgage Pass Through Certificates, Berkadia Commercial Mortgage, LLC, LNR Partners, LLC, Little Rock-400 West Capitol Trust, and (v) Taconic Capital Advisors L.P.,*

3

Dated: February 11, 2020

Morris James LLP

*/s/ Brett D. Fallon*
Brett D. Fallon, Esq. (No. 2480)
500 Delaware Avenue, Ste. 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6888
Email: bfallon@morrisjames.com

-and-

Frost Brown Todd LLC
Josh Denton (*admitted pro hac vice*)
Jason Bergeron (*admitted pro hac vice*)
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
Telephone: (615) 251-5550
jbergeron@fbtlaw.com
jdenton@fbtlaw.com

*Counsel to Somera Road Inc.*