# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NNN 400 CAPITOL CENTER 16, LLC, *et al.*,<br><br>Debtors.<br><br>NNN 400 CAPITOL CENTER, LLC, et al,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF COMM 2006-C8 COMMERCIAL MORTGAGE PASSTHROUGH CERTIFICATES; LNR PARTNERS, LLC, a Florida Limited Liability Company; BERKADIA COMMERCIAL MORTGAGE, LLC, a Delaware Limited Liability Corporation; LITTLE ROCK-400 WEST CAPITOL TRUST, a Delaware Statutory Trust; SOMERA ROAD, INC., a New York Corporation and TACONIC CAPITAL ADVISORS, LP, a Delaware Limited Partnership.<br><br>Defendants. | Chapter 11<br><br>Case No. 16-12728 (KG)<br>(Jointly Administered)<br><br><br><br><br>Adv. No. 18-50384-KG<br><br><br>**Related to Adv. Docket No. 376, 379, 380 and 382** |

## ORDER GRANTING DEFENDANTS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEFENDANTS TO FILE UNDER SEAL EXHIBITS 1–3 AND 7 TO DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO CONTINUE TRIAL TO A DATE NO LATER THAN THE END OF Q1 2020

Upon consideration of the motion [Adv. D.I. 382] (the "Motion")[1] of Wells Fargo Bank, N.A., as Trustee for the Registered Holders of Comm 2006-C8 Commercial Mortgage Pass-Through Certificates ("Wells Fargo"), LNR Partners, LLC ("LNR"), Berkadia Commercial Mortgage, LLC ("Berkadia"), Little Rock-400 West Capitol Trust ("Little Rock-400"), Taconic

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

Capital Advisors, LP ("Taconic" and, together with Wells Fargo, LNR, Berkadia and Little-Rock-400, collectively, "Lender Defendants") and Somera Road Inc. ("Somera" and, together with the Lender Defendants, collectively, "Defendants"), to file under seal Exhibits 1, 2, 3 and 7 to Defendants' Reply in Further Support of the Motion to Continue; and the Court having found that the venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Parties; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Exhibits 1, 2, 3 and 7 to Defendants' Reply in Further Support of the Motion to Continue [Adv. D.I. 376, 380] shall be lodged and maintained under seal on the terms set forth in the Motion; provided, however, the Office of the United States Trustee shall have full and unfettered access to the exhibits.

3. The relief provided for in this Order is applicable only to Exhibits 1, 2, 3 and 7 to Defendants' Reply in Further Support of the Motion to Continue and is not a pre-determination that these Exhibits may be sealed during the trial in this adversary proceeding.

4. Notwithstanding any provisions in the Federal Rules of Civil Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Defendants are not subject to any stay in the implementation, enforcement, or realization

DM3\6216704.2

of the relief granted in this Order, and (iii) the Defendants may, in their discretion and without further delay, take any action and perform any act authorized under this Order

5.  This Court retains jurisdiction with respect to all matter arising from or related to the implementation of this Order.

Dated: February 12th, 2020
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

3

DM3\6216704.2