# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NNN 400 CAPITOL CENTER 16, LLC, *et al.*, | ) | Case No. 16-12728 (JTD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| NNN 400 CAPITOL CENTER, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 18-50384 (JTD) |
| | ) | |
| WELLS FARGO BANK, N.A., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At the conclusion of the Trial in the above matter, the Parties were asked to each file Proposed Findings of Fact and Conclusions of Law. Subsequently, the Lender Defendants and Somera Road, Inc. filed Defendants' Joint Motion to Strike Certain Portions of Plaintiffs' Proposed Findings of Fact and Conclusions of Law, seeking to strike portions of the Plaintiffs' Revised Proposed Findings of Fact and Conclusions of Law [Adv. D.I. 719] that purported to amend the Second Amended Complaint to add counts for Unfair Competition and Civil Conspiracy, and to strike the entire revised filing as untimely. [Adv. D.I. 732, 733]. The Secured Lender, on its own behalf, requested that pages 50 through 62 of the Plaintiff's Proposed Findings be stricken. [Adv. D.I. 733 at 4]. The Plaintiffs responded. [Adv. D.I. 735, 762]. For the reasons stated on the record at the telephone conference on July 27, 2020, the Motion is granted as to the portions of Plaintiffs' Proposed Findings of Fact and Conclusions of Law that purported to add

counts for Unfair Competition and Civil Conspiracy, but denied as to the request to strike the entire filing. The Secured Lender's individual request to strike pages 50 through 62 of the Plaintiffs' Proposed Findings is denied.

Dated: July 27, 2020

_____
JOHN T. DORSEY, U.S.B.J.