**IN IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NNN 400 CAPITOL CENTER 16, LLC, *et al.*,<br><br>Debtors, | Case No. 16-12728 (JTD)<br>Chapter 11 Case<br>(Jointly Administered) |
| NNN 400 CAPITOL CENTER, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>Defendants. | Bankruptcy Adv. No. 18-50384 (JTD) |
| NNN 400 CAPITOL CENTER, LLC, *et al.*,<br><br>Appellants,<br><br>v.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>Appellees. | On Appeal from the U.S. Bankruptcy Court for the District of Delaware<br><br>Civil Action No. 20-1080 (CFC)<br><br>Bankruptcy Adv. No. 18-50384 (JTD) |
| NNN 400 CAPITOL CENTER, LLC, *et al.*,<br><br>Appellants,<br><br>v.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>Appellees. | On Appeal from the U.S. Bankruptcy Court for the District of Delaware<br><br>Civil Action No. 20-1081 (CFC)<br><br>Bankruptcy Adv. No. 18-50384 (JTD) |
| NNN 400 CAPITOL CENTER, LLC, *et al.*,<br><br>Appellants,<br><br>v.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>Appellees. | On Appeal from the U.S. Bankruptcy Court for the District of Delaware<br><br>Civil Action No. 20-1082 (CFC)<br><br>Bankruptcy Adv. No. 18-50384 (JTD) |

## [PROPOSED] ORDER

Upon consideration of *Little Rock-400 West Capitol Trust's Motion to Remand* (the

"Motion"), all documents filed in support thereof by Little Rock-400 West Capitol Trust, any

opposition to the Motion, and any oral argument on the Motion, and after due deliberation and

sufficient cause appearing therefor;

**IT IS HEREBY ORDERED,**

1.      The Motion is GRANTED; and

2.      This case is hereby REMANDED to the United States Bankruptcy Court for the

District of Delaware and all dates and deadlines set in the Appeal are hereby terminated.

DATE: 9·18·20

_____
Judge Colm F. Connolly
United States District Judge