IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NNN 400 CAPITOL CENTER 16, LLC, *et al.*, | ) | Case No. 16-12728 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| DON A. BESKRONE, SOLELY AS CHAPTER 7 TRUSTEE OF NNN 400 CAPITOL CENTER LLC, *et al.*, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 18-50384 (JTD) |
| | ) | |
| WELLS FARGO BANK, N.A., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Except as set forth below, the parties hereto hereby stipulate to dismiss the above-captioned adversary proceeding with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, with each party to bear its own attorneys' fees and costs. Notwithstanding the dismissal of the above-captioned adversary proceeding and the provisions of the preceding sentence, the judgment and order entered by this Court on October 21, 2020, in the above captioned adversary proceeding at Adv. D.I. 857 in favor of SomeraRoad, Inc. and against Debtors in the amount of $72,869.27 remains fully preserved and the allowance and priority of any claim of SomeraRoad, Inc. shall be determined by the Bankruptcy Court in the administration of the bankruptcy estates, and all rights, obligations and defenses set forth in the *Order Approving Motion of Chapter 7 Trustee for Approval of Sharing, Reimbursement and Settlement Agreement Between Chapter 7 Trustee and Little Rock 400-West Capitol Trust and Related Relief* [D.I. 842] and

{01726592;v1 }

*Sharing, Reimbursement and Settlement Agreement Between Chapter 7 Trustee and Little Rock 400-West Capitol Trust and Related Relief* attached thereto are fully preserved.

| Dated: September 23, 2021 | Dated: September 23, 2021 |
|---|---|
| **ASHBY & GEDDES, P.A.**<br><br>*/s/ Stacy L. Newman*<br>Ricardo Palacio (DE No. 3765)<br>Stacy Newman (DE No. 5044)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654.1888<br>Facsimile: (302) 654.2067<br>Email: rpalacio@ashbygeddes.com<br>         snewman@ashbygeddes.com<br><br>*Counsel to Appellant Don A. Beskrone, Chapter 7 Trustee* | **DUANE MORRIS LLP**<br><br>*/s/ Lawrence J. Kotler*<br>Lawrence J. Kotler (DE No. 4181)<br>Summer L. Ross (DE No. 4598)<br>1201 North Market Street, Suite 501<br>Wilmington, DE 19801<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>Email: LJKotler@duanemorris.com<br>         SLRoss@duanemorris.com<br><br>*Counsel to Appellee Little Rock 400-West Capitol Trust, a Delaware statutory trust* |
| Dated: September 23, 2021<br><br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Brett D. Fallon*<br>Brett D. Fallon (DE No.2480)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>Email: Brett.Fallon@faegredrinker.com<br><br>*Counsel to SomeraRoad, Inc.* | |